# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1977
Lower Tribunal No. F13-7027-A
_____

**Oscar Rua-Torbizco,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Oscar Rua-Torbizco, in proper person.

James Uthmeier, Attorney General, and Ryan Schelwat, Assistant Attorney General, for appellee.

Before SCALES, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.